PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:07CR00076 OWW** |
| ) | |
| **RUBY CAROL BUTLER** ) | |
| ) | |

On June 1, 2001, the above-named was placed on Supervised Release for a period of 4 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS
Senior United States Probation Officer**

Dated:   May 7, 2007
         Bakersfield, California
         TAB:ks

**REVIEWED BY:**   /s/ Rick C. Louviere
                  **RICK C. LOUVIERE
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   RUBY CAROL BUTLER**
**Docket Number:   1:07CR00076 OWW**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   May 8, 2007                                  /s/ Oliver W. Wanger
                                                           UNITED STATES DISTRICT JUDGE